IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Latting, Stanley J | Case Number: 06 B 02197 |
|---|---|---|
| | Latting, Gerri D | Judge: Wedoff, Eugene R |
| | Printed: 10/22/08 | Filed: 3/8/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: October 14, 2008
Confirmed: April 27, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 36,000.00 | |
| Secured: | | 32,511.36 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,548.00 |
| Trustee Fee: | | 1,940.64 |
| Other Funds: | | 0.00 |
| Totals: | 36,000.00 | 36,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 1,548.00 | 1,548.00 |
| 2. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 3. | Ocwen Federal Bank FSB | Secured | 18,900.00 | 17,010.00 |
| 4. | Ford Motor Credit Corporation | Secured | 18,840.92 | 8,263.88 |
| 5. | Hyundai Motor Finance | Secured | 11,839.89 | 4,532.36 |
| 6. | Ocwen Federal Bank FSB | Secured | 11,219.39 | 2,705.12 |
| 7. | Internal Revenue Service | Priority | 833.82 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 113.14 | 0.00 |
| 9. | Ford Motor Credit Corporation | Unsecured | 1,289.52 | 0.00 |
| 10. | Hyundai Motor Finance | Unsecured | 797.40 | 0.00 |
| 11. | Illinois Student Assistance Commission | Unsecured | 2,980.91 | 0.00 |
| 12. | Capital One | Unsecured | | No Claim Filed |
| 13. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 14. | AT&T Wireless | Unsecured | | No Claim Filed |
| 15. | Blue Cross & Blue Shield | Unsecured | | No Claim Filed |
| 16. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 17. | Farmers Insurance Group | Unsecured | | No Claim Filed |
| 18. | Capital One | Unsecured | | No Claim Filed |
| 19. | Palm Beach Shores Resorts | Unsecured | | No Claim Filed |
| 20. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 21. | Spiegel | Unsecured | | No Claim Filed |
| 22. | ShoreBank | Unsecured | | No Claim Filed |
| 23. | LaSalle National Bank | Unsecured | | No Claim Filed |
| 24. | Ford Motor Credit Corporation | Unsecured | | No Claim Filed |
| 25. | Hyundai Motor Finance | Unsecured | | No Claim Filed |
| | | | $ 68,362.99 | $ 34,059.36 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Latting, Stanley J
Latting, Gerri D
Printed: 10/22/08

Case Number: 06 B 02197
Judge: Wedoff, Eugene R
Filed: 3/8/06

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 244.75 |
| 5% | 149.99 |
| 4.8% | 362.40 |
| 5.4% | 891.00 |
| 6.5% | 292.50 |
| | $ 1,940.64 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

